IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01399-REB-BNB

ALLSTATE INSURANCE COMPANY,

Plaintiff,

v.

SCOTT HILL, individually,
THE ESTATE OF APRIL HILL, Scott Hill, personal representative,
JOHN PAUL, conservator for the Estate of Hope Paul, a minor,
SCOTT HILL, conservator for the Estate of Katelyn Hill, a minor,
GENE CRABTREE, co-conservators of the Estate of Dennis Scoggins, a minor,
WESTERN DOOR, a division of LUMBER PRODUCTS, INC., a foreign corporation, d/b/a IN Colorado, and
CRISTOBAL BONILLA,

Defendants.

_____

**ORDER**
_____

The parties appeared this morning for a status conference. Consistent with matters discussed at that conference:

IT IS ORDERED that a scheduling conference and the entry of a scheduling order is STAYED pending the outcome of *Hill v. Western Door*, 04-cv-00332-REB-CBS.

IT IS FURTHER ORDERED that counsel for defendant Western Door shall file a status report within 10 days of any settlement or of the trial of *Hill v. Western Door*, which shall include a report of the pretrial matters, if any, that should be scheduled in this case.

IT IS FURTHER ORDERED that a status conference is set for **February 21, 2006, at**

1

**1:30 p.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.  Counsel for defendant John Paul may attend that status conference by telephone, and shall contact the court at 303-844-6408 at the date and time of the status conference to participate.

Dated January 19, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge