IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01399-REB-BNB

ALLSTATE INSURANCE COMPANY,

Plaintiff,

v.

SCOTT HILL, individually,
THE ESTATE OF APRIL HILL, Scott Hill, personal representative,
JOHN PAUL, conservator for the Estate of Hope Paul, a minor,
SCOTT HILL, conservator for the Estate of Katelyn Hill, a minor,
GENE CRABTREE, co-conservators of the Estate of Dennis Scoggins, a minor,
WESTERN DOOR, a division of LUMBER PRODUCTS, INC., a foreign corporation, doing business in Colorado, and
CRISTOBAL BONILLA,

Defendants.

_____

**ORDER**
_____

By an Order entered on January 19, 2006 [Doc. # 24], I set a status conference to consider how this case and two related cases--*Hill v. Western Door*, Case No. 04-cv-00332-REB-CBS and *Hill v. Allstate Ins. Co.*, Case No.04-cv-00865-REB-CBS--might be coordinated. I also ordered that the entry of a scheduling order in this case was stayed pending the outcome of *Hill v. Western Door*, 04-cv-00332-REB-CBS. Terence Ridley (counsel for the plaintiff) and John Riley (counsel for defendants Western Door and Cristobal Bonilla) appeared. Although Kenneth Senn has waived service of process on behalf of defendants Scott Hill individually, as personal representative of the estate of April Hill, and as conservator for the estate of Katelyn Hill; Robin

1

Auld has entered an appearance for defendant Gene Crabtree as the conservator for the estate of Dennis Scoggins; and Robert Carey has appeared on behalf of defendant John Paul, none of them appeared at the status conference.

I am informed that the plaintiff has proposed that the parties enter into a tolling agreement concerning statutes of limitation of claims asserted in this case and that this case be dismissed without prejudice pending the outcome of *Hill v. Western Door*, Case No. 04-cv-00332-REB-CBS, set for trial beginning June 19, 2006. The proposal is being considered by the attorneys for the defendants.

IT IS ORDERED that a status conference is set for **April 3, 2006, at 1:30 p.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. **Counsel for all parties shall attend the status conference**. Counsel for defendant John Paul, located in Phoenix, Arizona, may attend the status conference by telephone, and shall contact the court at 303-844-6408 on April 3, 2006, by not later than 1:25 p.m., Mountain time.

Dated February 21, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge