IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01399-REB-BNB

ALLSTATE INSURANCE COMPANY,

Plaintiff,

v.

SCOTT HILL, individually,
THE ESTATE OF APRIL HILL, Scott Hill, personal representative,
JOHN PAUL, conservator for the Estate of Hope Paul, a minor,
SCOTT HILL, conservator for the Estate of Katelyn Hill, a minor,
GENE CRABTREE, co-conservators of the Estate of Dennis Scoggins, a minor,
WESTERN DOOR, a division of LUMBER PRODUCTS, INC., a foreign corporation, doing business in Colorado, and
CRISTOBAL BONILLA,

Defendants.

---

**ORDER**

---

The parties appeared this morning for a status conference, at which time I was informed that the case has been settled subject to final documentation. Accordingly,

IT IS ORDERED that the parties shall file a stipulation or motion to dismiss with prejudice pursuant the Rule 41(a), Fed. R. Civ. P., on or before **June 1, 2006, at 12:00 noon**.

IT IS FURTHER ORDERED that in the event the case has not been dismissed, the parties shall appear for a status/scheduling conference on **June 1, 2006, at 4:30 p.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. The parties shall prepare a proposed scheduling order and submit it to the court not later than **June 1,**

**2006, at 4:00 p.m.**

Dated May 2, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge