**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-01399-REB-BNB

ALLSTATE INSURANCE COMPANY,

    Plaintiff,

v.

SCOTT HILL, individually,
THE ESTATE OF APRIL HILL, Scott Hill, Personal Representative,
JOHN PAUL, Conservator for the Estate of Hope Paul, a minor,
SCOTT HILL, Conservator for the Estate of Katelyn Hill, a minor,
GARRY SCOGGINS and DIANA NORDIN, Co-Conservators of the Estate of Dennis Scoggins, a minor,
WESTERN DOOR, a division of LUMBER PRODUCTS, INC., a foreign corporation, d/b/a in Colorado, and
CRISTOBAL BONILLA,

    Defendants.

---

## MINUTE ORDER[1]

---

    Plaintiff's Unopposed Motion to Stay Briefing on Defendants Scott Hill, Estate of April Hill, Estate of Katelyn Hill, and Estate of Dennis Scoggins' Joint Motion to Join in the Motion to Dismiss Filed by John Paul, As Conservator for the Estate of Hope Paul, on November 28, 2005 [#41], filed May 17, 2006, is GRANTED.  Allstate's response to Defendants Scott Hill, Estate of April Hill, Estate of Katelyn Hill, and Estate of Dennis Scoggins' Joint Motion to Join in the Motion to Dismiss Filed by John Paul, as Conservator for the Estate of Hope Paul [#35], filed May 1, 2006, shall be filed on or before **June 16, 2006**.  If the parties file a stipulation or joint motion to dismiss with prejudice on or before June 1, 2006, then Allstate need not file a response to the joint motion to join [#35].

Dated:  May 23, 2006

-------------------------------------------------------------------------------------------------------------------

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.