IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 05-cv-01399-REB-BNB

ALLSTATE INSURANCE COMPANY,

    Plaintiff,

v.

SCOTT HILL, individually,
THE ESTATE OF APRIL HILL, Scott Hill, Personal Representative,
JOHN PAUL, Conservator for the Estate of Hope Paul, a minor,
SCOTT HILL, Conservator for the Estate of Katelyn Hill, a minor,
GARRY SCOGGINS and DIANA NORDIN, Co-Conservators of the Estate of Dennis Scoggins, a minor,
WESTERN DOOR, a division of LUMBER PRODUCTS, INC., a foreign corporation, d/b/a in Colorado, and
CRISTOBAL BONILLA,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

    On June 1, 2006, the parties filed a **Stipulation of Dismissal With Prejudice** [#43]. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulation of Dismissal With Prejudice** [#43] filed on June 1, 2006, is **APPROVED**;

    2. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs; and

3.  That any pending motion is **DENIED** as moot.

Dated June 1, 2006, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**